1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID LEE,

          Plaintiff,

vs.

SHAWN PETERSON et al.,

          Defendants

Case No.:2:12-cv-01456-JAD-VCF

**Order Dismissing Case**

      On October 18, 2012, this Court dismissed Plaintiff's Complaint (Doc. 1-1) without prejudice and with leave to file an amended complaint within 30 days. Doc. 6 at 2. Plaintiff was cautioned that the failure to file an amended complaint would result in the dismissal of this action with prejudice. *Id*. No amended complaint was filed. Accordingly, and with good cause appearing,

      IT IS HEREBY ORDERED THAT this case is hereby DISMISSED WITH PREJUDICE.

      The Clerk of Court shall enter judgment accordingly.

      DATED: September 5, 2013.

                            _____
                           JENNIFER A. DORSEY
                           UNITED STATES DISTRICT JUDGE